# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DELSOL GUEVARA MODESTO,**
**A#023-214-424,**

    Petitioner,

vs.                                                                     **Case No. 4:17cv344-WS/CAS**

**JEFF SESSIONS, et al.,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

    Petitioner, proceeding pro se, initiated this case on August 3, 2017, by submitting a petition for writ of habeas corpus.  ECF No. 1.  Petitioner paid the $5.00 filing fee several days later, on August 9, 2017.  ECF No. 3. After payment of the filing fee, Petitioner's § 2241 habeas petition was reviewed and an Order was entered requiring Petitioner to file an amended petition to provide additional and clarifying information.  ECF No. 4. Petitioner was directed to file the amended petition by September 8, 2017. As of this date, nothing has been received.  Petitioner was warned that this case may be dismissed if he did not comply.  Having been so warned, it is

apparent that Petitioner has abandoned this litigation.  Accordingly, this case should now be dismissed for failure to prosecute.

In the event Petitioner desires to continue this litigation, he must immediately file a motion for reconsideration.  His motion must explain why he did not comply with the prior Order.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a Court Order and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on September 25, 2017.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**
**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv344-WS/CAS