UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DELSOL GUEVARA MODESTO,
A# 023–214–424
      Petitioner,

v.                                  4:17cv344–WS/CAS

JEFF SESSIONS, et al.,

      Respondents.

_____

ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (doc.

5) docketed September 25, 2017. The magistrate judge recommends that

Petitioner's petition for writ of habeas corpus be denied without prejudice for

failure to prosecute and to comply with an order of the court.

    The court having reviewed the matter, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 5) is adopted and

incorporated by reference in this order of the court.

    2. Petitioner's petition for writ of habeas corpus (doc. 1) is hereby

DISMISSED.

3. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this __14th__ day of ___November___, 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE